NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000677
16-DEC-2016
10:59 AM

NO. CAAP-15-0000677

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DOUGLAS S. CHIN, Attorney General of the State of Hawaiʻi,
Petitioner-Appellee, v. WAILUKU MAIN STREET ASSOCIATION,
INC./TRI-ISLE MAIN STREET RESOURCE CENTER, Respondent-Appellant,
and THOMAS R. CANNON, Respondent

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P. NO. 12-1-0074(3))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of Respondent-Appellant Wailuku Main Street Association, Inc./Tri-Isle Main Street Resource Center's Motion for Reconsideration filed on December 12, 2016, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawaiʻi, December 16, 2016.

On the motion:

J. Kevin Jenkins,
for Respondent-Appellant.

Presiding Judge

Associate Judge

Associate Judge